IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCELO EDDY VACAFLOR, | : | Case No. 4:13-CV-00601 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| THE PENNSYLVANIA STATE UNIVERSITY, PENNSYLVANIA COLLEGE OF TECHNOLOGY, SUSAN SWANK-CASCHERA, HEATHER DORMAN, | : | |
| Defendants. | : | |

**ORDER**
July 21, 2014

AND NOW, THEREFORE, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT:**

1. Defendant The Pennsylvania State University's Motion to Dismiss is GRANTED (ECF No. 17) and the Defendant is DISMISSED from the action.

2. Defendant The Pennsylvania State University's Motion to Dismiss is GRANTED (ECF No. 9) and DISMISSED as moot.

3. Defendants Pennsylvania College of Technology, Heather Dorman, and Susan Swank-Cashera's Motion to Dismiss (ECF No. 8) is DENIED and DISMISSED as moot.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge